O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GABALDON, | ) Case No. SACV 12-0340 GAF (DTB) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND |
| MICHAEL J. ASTRUE, | ) RECOMMENDATIONS OF UNITED |
| Commissioner of Social Security, | ) STATES MAGISTRATE JUDGE |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered reversing, in part, the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with the Report and Recommendation.

Dated: June 14, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1