JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GABALDON, | Case No. SACV 12-0340 GAF (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, in part, and this matter is remanded for further administrative proceedings.

Dated: June 14, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**