JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

ANDRE BIROTTE, JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, St. 800
    San Francisco, CA 94105-1545
    E-Mail: Francesco.benavides@ssa.gov
    Telephone: (415) 977-8873

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. GABALDON | CASE NO. CV 12-00340 GAF (DTB) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees, expenses and costs are awarded to the plaintiff consisting of Eight Thousand Six Hundred and Five Dollars and Fifty Cents ($8,605.5), subject to the terms of the stipulation.

Dated: August 20, 2013

_____
UNITED STATES MAGISTRATE JUDGE