1  JIMMY O. EWENIKE, CSBN 133406
   Law Offices of Jimmy Ewenike
2  515 West Commonwealth Avenue, Suite 210
   Fullerton, CA. 92832
3  Telephone: (714) 773-0611
   Facsimile: (714) 257-9987
4  E-Mail: Ewenike@yahoo.com

5  ANDRE BIROTTE, JR
   United States Attorney
6  LEON W. WEIDMAN
   Assistant United States Attorney
7  Chief Civil Division
   FRANCESCO P. BENAVIDES, CSBN 258924
8  Special Assistant United States Attorney
            Social Security Administration
9           Office of the General Counsel, Region IX
            160 Spear Street, St. 800
10          San Francisco, CA 94105-1545
            E-Mail: Francesco.benavides@ssa.gov
11          Telephone: (415) 977-8873

12 Attorneys for Defendant Commissioner of Social Security

                    UNITED STATES DISTRICT COURT
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. GABALDON | CASE NO. CV 12-00340 GAF (DTB) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees, expenses and costs are awarded to the plaintiff consisting of Eight Thousand Six Hundred and Five Dollars and Fifty Cents ($8,605.5), subject to the terms of the stipulation.

Dated: August 20, 2013

_____
UNITED STATES MAGISTRATE JUDGE