JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

ANDRE BIROTTE, JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
       Social Security Administration
       Office of the General Counsel, Region IX
       160 Spear Street, St. 800
       San Francisco, CA 94105-1545
       E-Mail: Francesco.benavides@ssa.gov
       Telephone: (415) 977-8873

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. GABALDON,<br><br>       Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>       Defendant. | CASE NO. CV 12-00340 GAF (DTB)<br><br>[~~PROPOSED~~] ORDER RE FIRST AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees, expenses and costs are awarded to the plaintiff consisting of Eight Thousand Two Hundred and Zero Cents ($8,200) in attorney fees, and Four Hundred and Five Dollars and Fifty Cents ($405.50) in costs and expenses, subject to the terms of the stipulation.

Dated: August 26, 2013

_____
UNITED STATES MAGISTRATE JUDGE