JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, St. 800
    San Francisco, CA 94105-1545
    E-Mail: Francesco.benavides@ssa.gov
    Telephone: (415) 977-8873

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN M. GABALDON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>    Defendant. | CASE NO. CV 12-00340 GAF (DTB)<br><br>[~~PROPOSED~~] ORDER RE SECOND AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded Eight Thousand Two Hundred and Zero Cents ($8,200) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Three Hundred and Fifty Dollars and Zero Cents ($350) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: September 5, 2014    _____
                                         UNITED STATES MAGISTRATE JUDGE